**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Nurse Practitioners of Pinellas, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  Nurse Practitioners of Florida

**3. Debtor's federal Employer Identification Number (EIN)**  
83-1142955

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4611 34th Street S.<br>Saint Petersburg, FL 33711<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Pinellas<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  www.nursepractitionersfl.com

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Nurse Practitioners of Pinellas, LLC**        Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. Check **all** *that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Nurse Practitioners of Pinellas, LLC** _____ Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
       Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency _____
              Contact name _____
              Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**   ☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion

Debtor  **Nurse Practitioners of Pinellas, LLC**_____   Case number (*if known*)_____
         Name

|  | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 4

Debtor **Nurse Practitioners of Pinellas, LLC**   Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 15, 2024**
MM / DD / YYYY

**X /s/ Ronsha Brown**                                                   **Ronsha Brown**
Signature of authorized representative of debtor            Printed name

Title   **Owner / Manager, Authorized Member**

**18. Signature of attorney**

**X /s/ Marshall G. Reissman**                                Date **February 15, 2024**
Signature of attorney for debtor                                         MM / DD / YYYY

**Marshall G. Reissman 0310085**
Printed name

**The Reissman Law Group, P. A.**
Firm name

**1700 66th Street North**
**Suite 405**
**Saint Petersburg, FL 33710**
Number, Street, City, State & ZIP Code

Contact phone **727-322-1999**     Email address **marshall@reissmanlaw.com**

**0310085 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Nurse Practitioners of Pinellas, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 15, 2024**          X /s/ Ronsha Brown
                                            Signature of individual signing on behalf of debtor

                                            **Ronsha Brown**
                                            Printed name

                                            **Owner / Manager, Authorized Member**
                                            Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:
Debtor name: **Nurse Practitioners of Pinellas, LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AFCO** 4501 College Boulevard Suite 320 Leawood, KS 66211-2328 | | Business Debt | | | | $3,893.04 |
| **Altus Receivables Management** PO Box 186 Metairie, LA 70004-0186 | | Business Debt | | | | $8,207.41 |
| **American Arbitration Assoc.** 120 Broadway 21st Floor New York, NY 10271 | | Debtor's share of Arbitration Fees | | | | $675.00 |
| **American Express/Amazon** PO Box 981535 El Paso, TX 79998-1535 | | Business Debt | | | | $15,041.50 |
| **Bankers Healthcare Group LLC** 201 Solar Street Syracuse, NY 13204 | | 90 days or less: Future receivables | | $78,542.24 | Unknown | Unknown |
| **Banleaco** 11017 Aurora Avenue Urbandale, IA 50322 | | Business Debt Deficiency on equipment | | | | $21,288.27 |
| **Capital One / Spark Business** PO Box 60519 City of Industry, CA 91716-0519 | | Business Debt | | | | $5,242.76 |
| **Chase** Mail Code LA4-6475 700 Kansas Lane Monroe, LA 71203 | | Business Debt | | | | $15,699.25 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor **Nurse Practitioners of Pinellas, LLC**  
      Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Citizens Bank, NA**<br>**1 Citizens Bank Way**<br>**JCA130**<br>**Johnston, RI 02919** | | **Business Debt** | | | | $143,382.44 |
| **Department of the Treasury**<br>**Internal Revenue Service**<br>**PO Box 9941, Stop 6552**<br>**Ogden, UT 84409-0941** | | **Payroll Taxes Periods ending 09/30/2022 & 06/30/2023** | | | | $12,765.17 |
| **Forward Financing LLC**<br>**53 State Street**<br>**20th Floor**<br>**Boston, MA 02109** | | **90 days or less: Future receivables** | | $36,891.50 | Unknown | Unknown |
| **Navy Federal Credit Union**<br>**PO Box 3502**<br>**Merrifield, VA 22119-3100** | | **Business Debt** | | | | $15,227.00 |
| **North Mill Equipment Finance**<br>**601 Merritt 7**<br>**Suite 5**<br>**Norwalk, CT 06851** | | **Business Debt Deficiency on equipment** | | | | $111,731.36 |
| **PNC Bank, NA**<br>**PO Box 747066**<br>**Pittsburgh, PA 15274-7066** | | **Business Debt** | | | | $47,866.21 |
| **TD Bank**<br>**151 Corley Mill Road**<br>**Lexington, SC 29072** | | **Business Debt** | | | | $105,387.04 |
| **TD Bank**<br>**Loan Operations**<br>**32 Chestnut Street**<br>**Lewiston, ME 04240** | | **Business Debt** | | | | $8,122.98 |
| **US Bank Cardmember Service**<br>**PO Box 6353**<br>**Fargo, ND 58125-6353** | | **Business Debt** | | | | $4,362.45 |

# United States Bankruptcy Court
## Middle District of Florida

In re  **Nurse Practitioners of Pinellas, LLC**                                   Case No. _____
                                           Debtor(s)                              Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner / Manager, Authorized Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 15, 2024**                **/s/ Ronsha Brown**
                                            **Ronsha Brown**/**Owner / Manager, Authorized Member**
                                            Signer/Title

Nurse Practitioners of Pinellas, LLC  
4611 34th Street S.  
Saint Petersburg, FL 33711

Marshall G. Reissman  
The Reissman Law Group, P. A.  
1700 66th Street North  
Suite 405  
Saint Petersburg, FL 33710

AFCO  
4501 College Boulevard  
Suite 320  
Leawood, KS 66211-2328

Altus Receivables Management  
PO Box 186  
Metairie, LA 70004-0186

American Arbitration Assoc.  
120 Broadway  
21st Floor  
New York, NY 10271

American Arbitration Assoc.  
1301 Atwood Avenue  
Suite 211N  
Johnston, RI 02919

American Express/Amazon  
PO Box 981535  
El Paso, TX 79998-1535

Bankers Healthcare Group LLC  
201 Solar Street  
Syracuse, NY 13204

Banleaco  
11017 Aurora Avenue  
Urbandale, IA 50322

Brian LeBlanc, Esq.  
Forward Financing LLC  
53 State Street  
20th Floor  
Boston, MA 02109

Capital One / Spark Business  
PO Box 60519  
City of Industry, CA 91716-0519

Chase  
Mail Code LA4-6475  
700 Kansas Lane  
Monroe, LA 71203

Christopher Emden, Esq.  
U.S. Department of Justice  
950 Pennsylvania Avenue NW  
Washington, DC 20530

Christopher J. Cali, Esq.  
CJC Law Office  
201 Solar Street  
Syracuse, NY 13204

Citizens  
Commercial Lending Servicing  
PO Box 42004  
Providence, RI 02940-2004

Citizens Bank, NA  
1 Citizens Bank Way JCA130  
Johnston, RI 02919

Department of the Treasury  
Internal Revenue Service  
PO Box 9941, Stop 6552  
Ogden, UT 84409-0941

Forward Financing LLC  
53 State Street  
20th Floor  
Boston, MA 02109

Marina Walk  
4611 34th Street S.  
Saint Petersburg, FL 33711

McKesson Medical-Surgical  
9954 Maryland Drive  
Suite 4000  
Henrico, VA 23233

Navy Federal Credit Union  
PO Box 3502  
Merrifield, VA 22119-3100

North Mill Equipment Finance  
601 Merritt 7  
Suite 5  
Norwalk, CT 06851

PNC Bank, NA  
PO Box 747066  
Pittsburgh, PA 15274-7066

PNC Bank, NA  
BR-YB58-01-3  
6750 Miller Road  
Brecksville, OH 44141

TD Bank  
151 Corley Mill Road  
Lexington, SC 29072

TD Bank  
Loan Operations  
32 Chestnut Street  
Lewiston, ME 04240

U.S. Small Business Admin.  
Office of Capital Access  
14925 Kingsport Road  
Fort Worth, TX 76155

US Bank  
Cardmember Service  
PO Box 6353  
Fargo, ND 58125-6353